# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2020

162184-5

ROBERT DAVIS,
          Plaintiff-Appellee,

v

SECRETARY OF STATE,
          Defendant-Appellant.

_____/

THOMAS LAMBERT, MICHIGAN OPEN
CARRY, INC., MICHIGAN GUN OWNERS,
and MICHIGAN COALITION FOR
RESPONSIBLE GUN OWNERS,
          Plaintiffs-Appellees,

v

SECRETARY OF STATE and ATTORNEY
GENERAL,
          Defendants-Appellants.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 162184
COA: 355265
Ct of Claims: 2020-000207-MZ

SC: 162185
COA: 355266
Ct of Claims: 2020-000208-MZ

       On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2020



Clerk

s1208